C. GRANT KECK, Doing Business as C. GRANT KECK ORGANIZATION, Appellant, *v.* WILLIAM J. EVANS, Respondent.

Argued November 23, 1949; decided December 29, 1949.

*Milton I. Newman, Emil N. Baar* and *Lawrence J. Lieberman* for appellant.

*Patrick J. Mahoney* and *Thomas J. Foley* for respondent.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate

Division, upon the ground that the findings of the trial court are in accordance with the weight of the evidence. No opinion. [See 300 N. Y. 694.]

Concur: LEWIS, DESMOND, DYE and BROMLEY, JJ. Dissenting: LOUGHRAN, Ch. J., CONWAY and FULD, JJ.